COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     JAC Hospitality, LLC, John Ly, Catherine Ly, and Jason Ly v. Vintage Dunhill

Appellate case number:   01-19-00393-CV

Trial court case number:  2016-77844

Trial court:             295th District Court of Harris County

Counsel for appellee, Vintage Dunhill LLC, has filed a motion to withdraw Scott L. Rogers as counsel of record in this appeal. However, the motion does not comply with Texas Rule of Appellate Procedure 6.5. The motion does not contain: (1) a list of current deadlines and settings in the case; (2) the party's name and last known address and telephone number; (3) a statement that a copy of the motion was delivered to the party; and (4) a statement that the party was notified in writing of the right to object to the motion. *See* TEX. R. APP. P. 6.5(a); *see also* TEX. R. APP. P. 6.5(b) (providing "motion must be delivered to party in person or mailed—both by certified and by first-class mail—to the party at the party's last known address.").

Accordingly, the motion to withdraw is DENIED without prejudice to refiling.

It is so ORDERED.

Judge's signature:  ___/s/ Evelyn V. Keyes___
                        ☑ Acting individually    ☐ Acting for the Court


Date:  ___October 8, 2019___